**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1787**

───────────

SEAN    A.    BISHOP;    #MOONINTHEDAYTV,    Editor    at    large;
#BLOODANDBANANASPRO, and owner; #BLACKSPAGHETTIFILMS,

Plaintiff - Appellants,

v.

TWITTER, and owned by Twitter hashtag,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Senior District Judge.  (1:24-cv-02150-JKB)

───────────

Submitted:  January 23, 2025                    Decided:  January 27, 2025

───────────

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sean A. Bishop, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean A. Bishop appeals the district court's order dismissing his civil complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Bishop v. Twitter*, No. 1:24-cv-02150-JKB (D. Md.  July 31, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
